IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>EDUARDO MARQUEZ,<br><br>　　　　　　　　Defendant. | 8:21CR165<br><br>ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE |

　　　　The defendant appeared before the Court on December 27, 2022, regarding Petition for Action on Conditions of Pretrial Release [68]. Richard McWilliams represented the defendant. Mikala Purdy-Steenholdt represented the government on behalf of Kimberly Bunjer. The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

　　　　The defendant denied violating release condition (#1) and requested the matter be held in abeyance until he comes into federal custody. The government requested an order of revocation and detention but agreed that the matter be held in abeyance given the defendant's arrest on state charges and appearance by writ. The Court agrees to hold the matter in abeyance until such time as the defendant comes into federal custody. The United States Marshal shall place a detainer on the defendant to ensure his appearance before the Court.

　　　　**IT IS SO ORDERED**.

Dated this 27th day of December, 2022.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　United States Magistrate Judge